**UNITED STATES DISTRICT COURTS**
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
*PLATA V. BROWN* AND *COLEMAN V. BROWN*
THREE-JUDGE COURT COMPOSED PURSUANT TO 28 U.S.C. § 2284

January 22, 2014

Ms. Molly Dwyer, Clerk of Court
James R. Browning United States Courthouse
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

    RE:   *In re: Hernan Orozco*, Case No. 13-73461

Dear Ms. Dwyer:

The three-judge court in *Plata v. Brown* and *Coleman v. Brown* does not intend to file a response in this matter.

Sincerely,

| | | |
|---|---|---|
| Stephen Reinhardt | Lawrence K. Karlton | Thelton E. Henderson |
| U.S. Circuit Judge | Senior U.S. District Judge | Senior U.S. District Judge |